IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY TRENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 10-715-GPM |
| | ) |
| OHIO NATIONAL LIFE INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This case is before the Court on the matter of attorney Lisa M. Pennock, one of the attorneys for Plaintiff Jerry Trent. In 2007, by order of the Supreme Court of Illinois, attorney Pennock was suspended from the practice of law for a period of six (6) months and until further order, with the suspension stayed after the first sixty (60) days and Pennock placed on probation for twenty-four (24) months, subject to various conditions. *See In re: Lisa M. Pennock*, No. 6191507, IL Disp. Op. 06 SH 06, 2006 WL 6049185, at **15-16 (Ill. Atty. Reg. Disp. Comm'n Dec. 28, 2006). Consistent with the Court's policy of reciprocal discipline, attorney Pennock was suspended from the practice of law in this Court effective June 29, 2007, until further order of the Court, and her name was stricken from the roll of attorneys admitted to practice before this Court. *See* SDIL-LR 83.3(c). It appears that attorney Pennock has successfully completed her term of probation, but she has not yet applied for reinstatement to the bar of this Court. Accordingly, it is hereby **ORDERED** that attorney Pennock shall apply for reinstatement to the bar of this Court not later than ten (10) days from the date of entry of this Order. Attorney Pennock is directed to

consult Rule 83.4 of the Local Rules of the United States District Court for the Southern District of Illinois, wherein is set out the procedure whereby attorneys who have been stricken from the roll of attorneys admitted to practice before the Court may apply for reinstatement to the bar of the Court.

**IT IS SO ORDERED.**

DATED:  October 22, 2010

/s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge